## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

JENNIFER D. MUSTFUL AND            )
LAURENCE M. MUSTFUL,               )
                                   )
          Plaintiffs,              )
                                   )
v.                                 )   Case No.
                                   )
KONICA MINOLTA BUSINESS            )
SOLUTIONS U.S.A., INC.,            )
                                   )
          Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1443 and 1446, Defendant Konica Minolta Business Solutions U.S.A., Inc. ("Defendant"), by and through its undersigned counsel of record, hereby gives notice that the civil action presently pending in the District Court in the Fourth Judicial District for the State of Minnesota, identified as <u>Jennifer D. Mustful and Laurence M. Mustful</u>, is removed to this Court without waiving any rights to which Defendant may be entitled.

As grounds for this notice, Defendant shows the following:

1.     In accordance with 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings and service of process documents that have to date been served upon Defendant are attached as **EXHIBIT A.**

2.     The Summons and Complaint has not been filed in Minnesota State Court to date.  However, Plaintiff served Defendant with process on May 4, 2018.

3.      Removal of the action is proper under 28 U.S.C. § 1332.  This is a civil action brought in the District Court for Hennepin County, Minnesota over which the district courts of the United States have original jurisdiction based upon diversity of citizenship under 28 U.S.C. § 1332(a).

5.      Defendant is a business incorporated in the State of New York with its headquarters and principal office located at 100 Williams Drive, Ramsey, New Jersey, 07446.

7.      Plaintiffs Jennifer D. Mustful and Laurence M. Mustful are both residents of Carver County, Minnesota. (Compl. ¶ 1).

8.      Accordingly, the above action is between citizens of different States in accordance with 28 U.S.C. § 1332(a).

9.       Each Plaintiff brings three respective claims, and for each respective claim, each Plaintiff seeks monetary damages of at least $100,000.00.  (Compl. ¶¶ 20-60).  Thus, each Plaintiff is seeking an amount in monetary relief that satisfies the jurisdictional requirement for the amount in controversy.

10.     Venue is properly placed in the United States District Court for the District of Minnesota because it is the district court for the district within which the state action is pending (the District Court for Hennepin County, Minnesota), in accordance with 28 U.S.C. § 1446(a).

11.     Undersigned counsel of record certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, Defendant's

"Notice of Filing Notice of Removal" has been served upon counsel for Plaintiff, Thomas E. Glennon, 4900 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402.

12.     Undersigned counsel further certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, a copy of same, along with Defendant's "Notice of Filing Notice of Removal" has been filed with the Clerk of the District Court in the Fourth Judicial District for the State of Minnesota. **EXHIBIT B**.

**WHEREFORE**, Defendant prays that said action now pending in the District Court in the Fourth Judicial District for the State of Minnesota, be removed to the United States

Date:  May 31, 2018                    */s Alec J. Beck*

Alec J. Beck (#201133)
FORDHARRISON, LLP
150 South Fifth Street
Suite 3460
Minneapolis, MN 55402
612-486-1629
abeck@fordharrison.com

**ATTORNEYS FOR DEFENDANT**

WSACTIVELLP:9827776.1